No. 699. BRAUN *v.* TAUB ET AL. C. A. 2d Cir. Certiorari denied. *David Haar* for petitioner. *Joseph M. Schwartz* for respondents. ▮

No. 700. VEATCH *v.* BORTHWICK, TAX COMMISSIONER OF HAWAII. C. A. 9th Cir. Certiorari denied. *Melvin M. Belli* for petitioner. *Walter D. Ackerman, Jr.*, Attorney General of Hawaii, *Rhoda V. Lewis,* Assistant Attorney General, and *Thomas W. Flynn,* Deputy Attorney General, for respondent. ▮

No. 704. LINQUATA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *Harry Bergson* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, James M. McInerney, Ellis N. Slack* and *John H. Mitchell* for the United States. ▮

No. 705. SHEPHERD ET AL. *v.* HUNTER ET AL. C. A. 7th Cir. Certiorari denied. *Burke Williamson, Jack A. Williamson* and *Robert McCormick Adams* for petitioners. *Richard E. Westbrooks* for Hunter et al.; and *R. S. Outlaw* and *W. J. Milroy* for the Atchison, Topeka & Santa Fe Railway Co., respondents. ▮

